AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) |
| JORDAN A. MORRIS, | ) ) Case No. 6:23-MJ-00021-HBK |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the excessive use of alcohol; defendant to report to the US Marshals Office in Fresno for processing within 48 hrs by 4:00 PM.

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at: US District Court, Yosemite CA
*Place*

Before Magistrate Judge Helena Barch-Kuchta
on October 17, 2023
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 9-5-23

*Defendant's signature*

Date: 9/5/2023

*Judicial Officer's Signature*

Helena Barch-Kuchta, US Magistrate Judge
*Printed name and title*